# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

BANK OF NEW YORK MELLON,

Plaintiff,

v.

FOOTHILLS AT MACDONALD RANCH
MASTER ASSOCIATION, et al.,

Defendants.

Case No. 2:17-cv-01195-APG-PAL

**ORDER GRANTING MOTION TO LIFT STAY**

(ECF No. 16)

IT IS ORDERED that plaintiff Bank of America, N.A.'s motion to lift stay **(ECF No. 16) is GRANTED**. The stay in this case is lifted for all purposes.

DATED this 29th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE