# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-01195-APG-PAL<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS**<br><br>(ECF Nos. 19, 21) |

In light of the amended complaint (ECF No. 24),

IT IS ORDERED that the motions to dismiss **(ECF Nos. 19, 21) are DENIED as moot** because they are directed at the original complaint.

DATED this 21st day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE