ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc, Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; <br><br> Plaintiff, <br> vs. <br><br> THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01195-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION IN RESPONSE TO MOTIONS TO DISMISS (ECF. NOs. 27, 28)** <br><br> **FIRST REQUEST** |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**); Foothills at MacDonald Ranch Master Association (**HOA**) and SFR Investments Pool 1, LLC (**SFR**), by and through their undersigned counsel of record, respectfully submit the following stipulation to allow BoNYM additional time to oppose the HOA and SFR's motions to dismiss (ECF Nos. 27, 28).

43636398;1

The HOA filed its motion to dismiss BoNYM's first amended complaint on December 4, 2017. ECF No. 27. SFR filed its motion to dismiss BoNYM's first amended complaint on December 6, 2017. ECF No. 28. BoNYM's deadline to file a response to the HOA's motion to dismiss is December 18, 2017, and BoNYM's deadline to file a response to SFR's motion to dismiss is December 20, 2017.

The parties stipulate to extending BoNYM's opposition deadline to the HOA's motion by 18 days and BoNYM's opposition deadline to SFR's motion by 16 days, to January 5, 2018, to allow additional time for BoNYM to prepare its briefing in light of the upcoming holidays and to allow BoNYM to coordinate the responses to both motions.

This is the parties' first request for an extension, and is not made to cause delay or prejudice to any party.

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No.12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41*

**LEACH JOHNSON SONG & GRUCHOW**

*/s/Ryan W. Reed*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN W. REED, ESQ.
Nevada Bar No. 11695
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorney for Foothills at MacDonald Ranch Master Association*

**KIM GILBERT EBRON**

*/s/Diana S, Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN l. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: 12/19/2017

43636398;1