DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16,<br><br>Plaintiff,<br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC,<br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO RESPOND TO PLAINTIFF'S MOTION TO CERTIFY A QUESTION OF LAW TO THE NEVADA SUPREME COURT [ECF No. 48]**<br>**(Second Request)** |

Defendants SFR Investments Pool 1, LLC ("SFR") and The Foothills at MacDonald Ranch Master Association ("Association") (collectively "Defendants") and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNYM" or Plaintiff) here by stipulate that Defendants shall have an additional 7 days, until July 30, 2018 to respond to BNYM's Motion to Certify a Question of Law to the Nevada Supreme Court [ECF No. 48]. BNYM's motion was filed on June 22, 2018. The response is currently due on July 23, 2018 following this Court's granting the Parties' stipulation to extend time. [ECF No. 50.]

…

…

- 1 -

SFR requested the additional time due to an attorney being out of the office due to a family emergency requiring reassignment of tasks. This is the Parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED July 22, 2018.

| KIM GILBERT EBRON | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Ryan Reed*<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>8945 W. Russell Road, Ste 330<br>Las Vegas, Nevada 89148<br>*Attorneys for The Foothills at MacDonald Ranch Master Association* |
| **AKERMAN LLP**<br><br>*/s/Tenesa Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of New York Mellon as Trustee* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 24, 2018.