ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon*
*f/k/a The Bank of New York as Trustee For*
*The Certificateholders of CWALT, Inc.,*
*Alternative Loan Trust 2006-OA16,*
*Mortgage Pass-Through Certificates, Series*
*2006-OA16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; <br><br> Plaintiff, <br> vs. <br><br> THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01195-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE TO RESPOND TO HOA's MOTION FOR SUMMARY JUDGMENT [ECF No. 53]** <br><br> [FIRST REQUEST] |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**) and The Foothills at MacDonald Ranch Master Association (**HOA**), by and through their respective counsel of record, hereby stipulate and agree

46141836;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  that BoNYM shall have until September 10, 2018 to file its response to the HOA's motion for

2  summary judgment [ECF N. 53]. The current deadline is August 20, 2018.

3      This is the parties' first request for an extension of this deadline, and is made to maintain a

4  coordinated briefing schedule with the motions for summary judgment to be filed on August 20,

5  2018. This is not intended to cause any delay or prejudice to any party.

6      DATED this 3rd day of August, 2018.

7

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Ryan Reed* |
| ARIEL E. STERN, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| TENESA S. POWELL, ESQ. | RYAN REED, ESQ. |
| Nevada Bar No.12488 | Nevada Bar No. 11695 |
| JAMIE K. COMBS, ESQ. | 8945 W. Russell Road, Ste. 330 |
| Nevada Bar No. 13088 | Las Vegas, Nevada 89148 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41* | *Attorneys for Defendant Foothills at MacDonald Ranch Master Association* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 17, 2018.

46141836;1