DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC,<br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT [ECF NO. 71]**<br><br>**(First Request)** |

Defendants, SFR Investments Pool 1, LLC ("SFR") and The Foothills at MacDonald Ranch Master Association ("Association") (collectively "Defendants") and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNYM" or Plaintiff) here by stipulate that defendant SFR shall have until October 12, 2018 to file its responsive pleading to plaintiff's second amended complaint [ECF NO. 71]. The current deadline is October 5, 2018.

///

///

///

///

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 4, 2018.

| KIM GILBERT EBRON<br><br>/s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | LEACH JOHNSON SONG & GRUCHOW<br><br>/s/ Ryan Reed<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>8945 W. Russell Road, Ste 330<br>Las Vegas, Nevada 89148<br>*Attorneys for The Foothills at MacDonald Ranch Master Association* |
|---|---|
| AKERMAN LLP<br><br>/s/ Tenesa Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of New York Mellon as Trustee* | |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: October 9, 2018

- 2 -