**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Foothills at MacDonald Ranch Master Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INV., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL I, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION TO FILE ITS RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**<br>**(First Request)** |

Defendants, The Foothills at MacDonald Ranch Master Association ("Association") and SFR Investments Pool 1, LLC ("SFR") (collectively "Defendants") and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNYM" or Plaintiff) here by stipulate that defendant the Association shall have until October 12, 2018 to file its responsive pleading to plaintiff's second amended complaint. The current deadline is October 5, 2018.

…

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 5, 2018.

| **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ Ryan W. Reed*<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for The Foothills at MacDonald Ranch Master Association* | **KIM GILBERT EBRON**<br><br>*/s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Jamie Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>JAMIE COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of New York Mellon as Trustee* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 9, 2018

-2-

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), the undersigned, an employee of LEACH KERN GRUCHOW ANDERSON SONG, hereby certified that on the 5th day of October, 2018, she served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND TIME FOR THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION TO FILE ITS RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** to all parties via CM/ECF.

| | |
|---|---|
| Ariel E. Stern<br>Tenesa S. Powell<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>ariel.stern@akerman.com<br>tenesa.powell@akerman.com<br>*Attorneys for Plaintiff* | Diana Cline Ebron<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>diana@kgelegal.com<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

*/s/ Robin Callaway*
An Employee of LEACH KERN GRUCHOW ANDERSON SONG