ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon
f/k/a The Bank of New York as Trustee For
The Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2006-OA16,
Mortgage Pass-Through Certificates, Series
2006-OA16*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**), SFR Investments Pool 1, LLC (**SFR**), and The Foothills at MacDonald Ranch Master Association (**HOA**), by and through their respective counsel of record, hereby stipulate as follows:

46771243;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    1.    SFR filed a motion to dismiss BoNYM's second amended complaint on October 10, 2018.  ECF No. 80.  BoNYM's response to SFR's motion is currently due on October 24, 2018.  The HOA filed a motion to dismiss BoNYM's second amended complaint on October 12, 2018.  ECF No. 81.  BoNYM's response to the HOA's motion to dismiss is currently due on October 26, 2018.

2    2.    The parties stipulate that BoNYM shall have an additional nine (9) days to file its response to SFR's motion to dismiss plaintiff's second amended complaint.  The new deadline for BoNYM to file its response to SFR's motion shall be **November 2, 2018**.  The parties also stipulate that BoNYM shall have an additional seven (7) days to respond to the HOA's motion.  The new deadline for BoNYM to file its response to the HOA's motion shall be **November 2, 2018.**

3    3.    Additionally, the parties agree that SFR and the HOA shall have an additional five (5) days, up to and including **November 14, 2018** to file any replies.  The replies would otherwise be due on November 9, 2018.

. . .

. . .

. . .

. . .

 . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

46771243;1

1    This is the parties' first request for an extension of this deadline, and is not intended to cause

2 any delay or prejudice to any party.

3    DATED this 24th day of October, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| _/s/ Jamie K. Combs_ | _/s/ Karen L. Hanks_ |
| ARIEL E. STERN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| TENESA S. POWELL, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No.12488 | Nevada Bar No. 10593 |
| JAMIE K. COMBS, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 9578 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16* | *Attorneys for SFR Investments Pool 1, LLC* |
| **LEACH KERN GRUCHOW ANDERSON SONG** | |
| /s/ Ryan Reed | |
| SEAN L. ANDERSON, ESQ. | |
| Nevada Bar No. 7259 | |
| RYAN REED, ESQ. | |
| Nevada Bar No. 11695 | |
| 2525 Box Canyon Drive | |
| Las Vegas, NV 89128 | |
| *Attorneys for Foothills at MacDonald Ranch Master Association* | |

## ORDER

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: October 25, 2018.

46771243;1