ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS TO DISMISS**<br><br>**(SECOND REQUEST)** |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**), SFR Investments Pool 1, LLC (**SFR**), and The Foothills at MacDonald Ranch Master Association (**HOA**), by and through their respective counsel of record, hereby stipulate as follows:

46863263;1

1. SFR filed a motion to dismiss BoNYM's second amended complaint on October 10, 2018. ECF No. 80. The HOA filed a motion to dismiss BoNYM's second amended complaint on October 12, 2018. ECF No. 81. BoNYM's responses are currently due on November 2, 2018, per ECF No. 83.

2. The parties stipulate that BoNYM shall have an additional seven (7) days to file its responses to SFR and the HOA's motions. The new deadline for BoNYM to file its responses shall be **November 9, 2018**.

3. Additionally, the parties agree that SFR and the HOA shall have up to and including **November 30, 2018** to file any replies. The replies would otherwise be due on November 14, 2018 per ECF No. 83.

. . .

. . .

. . .

. . .

. .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

46863263;1

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of November, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Jamie K. Combs<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No.12488<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16* | /s/ Karen L. Hanks<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>/s/ Ryan Reed<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Foothills at MacDonald Ranch Master Association* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 5, 2018.

3

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46863263;1