**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Foothills at MacDonald Ranch Master Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INV., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL I, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 81]**<br>**(First Request)** |

Defendant The Foothills at MacDonald Ranch Master Association ("Association") and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNYM" or Plaintiff) here by stipulate that the Association shall have until December 10, 2018 to file its Reply in Support of Motion to Dismiss Second Amended Complaint [ECF 81]. The current deadline is November 30, 2018.

Counsel for the Association requests this extension due to upcoming state court trials and preparation of same.

-1-

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED November 29, 2018.

| **LEACH KERN GRUCHOW ANDERSON SONG** | **AKERMAN LLP** |
|---|---|
| */s/ Ryan W. Reed*<br>RYAN REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for The Foothills at MacDonald Ranch Master Association* | */s/ Jamie Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>JAMIE COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of New York Mellon as Trustee* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2018.