UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br>v.<br>FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-01195-APG-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 98) |

Before the court is the parties' Stipulation and Order to Extend Time to File Motions for Summary Judgment (ECF No. 98).

The parties request that the court extend the deadline for filing dispositive motions until 30 days after the district judge decides pending dispositive motions to dismiss, and that the joint pretrial order be extended until 60 days after decision. Discovery closed November 2, 2018 and this stipulation was filed the day dispositive motions were due pursuant to the court's discovery plan and scheduling order. The stipulation is therefore untimely.

Defendant Foothills timely filed its motion for summary judgment. The parties do not explain what issues would have been addressed in the dispositive motions if the pending motions to dismiss are denied. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The parties' Stipulation (ECF No. 98) is **NOT APPROVED** and is **DENIED**.
2. The parties will have 30 days from decision of the pending motions to dismiss or motion for summary judgment filed by Foothills, whichever is later, to file the joint pretrial order.

DATED this 26th day of December 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE