ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**) and Foothills at MacDonald Ranch Master Association (**Foothills**), by and through their respective counsel of record, hereby stipulate and agree that the BoNYM shall have until **January 4, 2019** to respond to Foothills Motion for Summary Judgment (ECF No. 97). The current deadline is December 26, 2018.

47368251;1

This extension request is not intended to cause any delay or prejudice to any party. The extension is requested due to the intervening holidays, and to allow the parties to consider whether an extension pending the result of the court's ruling on the motions to dismiss is appropriate.

DATED this 26th day of December, 2018.

| AKERMAN LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No.12488 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41* | */s/ Ryan W. Reed* <br> SEAN L ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN WARREN REED, ESQ. <br> Nevada Bar No. 11695 <br> 2525 Box Canyon Drive <br> Las Vegas, NV 89128 <br><br> *Attorneys for Foothills at MacDonald Ranch Master Association* |

**ORDER**

**IT IS SO ORDERED.**

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:17-cv-01195-APG-PAL

DATED: December 27, 2018

47368251;1