ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; <br><br> Plaintiff, <br><br> vs. <br><br> THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01195-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FOOTHILLS' MOTION FOR SUMMARY JUDGMENT [ECF No. 97]** <br><br> [SECOND REQUEST] |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**) and Foothills at MacDonald Ranch Master Association (**Foothills**), by and through their respective counsel of record, hereby stipulate and agree that the BoNYM shall have an additional two (2) weeks, to **January 18, 2019**, to respond to Foothills Motion for Summary Judgment (ECF No. 97). The current deadline is January 4, 2018.

///

///

47432791;1

This extension request is not intended to cause any delay or prejudice to any party, but to allow BoNYM's counsel additional time to respond in light of the recent holidays.

DATED this 4th day of January, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No.12488<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | */s/ Ryan W. Reed*<br>SEAN L ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN WARREN REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128 |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41* | *Attorneys for Foothills at MacDonald Ranch Master Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 7, 2019.

47432791;1