DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16,<br><br>Plaintiff,<br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC,<br>Defendants. | Case No.: 2:17-cv-01195-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY** |

Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNY Mellon" or Plaintiff) and Defendant, SFR Investments Pool 1, LLC ("SFR") hereby by stipulate as follows:

1. On March 29, 2019, BNY Mellon filed its Response to SFR's Motion for Reconsideration and Motion for Preliminary Injunction. [ECF No. 124]

2. The current deadline for SFR to file its respective Reply in Support of the Motions is April 5, 2019.

3. However, undersigned counsel has trial on April 5, 2019 and is currently engaged in

- 1 -

trial preparation.

4. The parties therefore agree that SFR shall have an extension until April 9, 2019 (two business/judicial days) to file its Reply in Support of Motion for Reconsideration and Reply in Support of Motion for Preliminary Injunction.

5. Such request is not intended to cause undue delay or prejudice any party.

DATED April 2, 2019.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/ Karen L. Hanks* | */s/ Ariel Stern* |
| KAREN L. HANKS, ESQ. | ARIEL STERN, ESQ. |
| Nevada Bar No. 9578 | Nevada Bar No. 8276 |
| 7625 Dean Martin Drive, Suite 110 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89134 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for Bank of New York Mellon as Trustee* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: April 3, 2019