ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon
f/k/a The Bank of New York as Trustee For
The Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2006-OA16,
Mortgage Pass-Through Certificates, Series
2006-OA16 and Quality Loan Service
Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; | Case No. 2:17-cv-01195-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTER/CROSS-CLAIMS** |
| vs. | (FIRST REQUEST) |
| THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

48896204;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; QUALITY LOAN SERVICE CORPORATION, a California corporation, | |
| Counter/Cross Defendants. | |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**), Quality Loan Service Corporation (**Quality**) and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, hereby stipulate as follows:

1. SFR filed its answer to second amended complaint, counterclaim and cross-claim on April 23, 2019 [ECF No. 134] BoNYM and Quality's answers are currently due on May 14, 2019.

2. The parties stipulate that BoNYM and Quality shall have an additional seven (7) days to file its answers to SFR's counter and cross claims. The new deadline for BoNYM to file its responses shall be **May 21, 2019**.

. . .

. . .

. . .

. . .

 . .

. . .

. . .

. . .

2

48896204;1

1    This is the parties' first request for an extension of this deadline, and is not intended to cause

2  any delay or prejudice to any party.

3  DATED this 15th day of May, 2019.

4

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| __/s/ Tenesa S. Powell__ | _/s/ Karen L. Hanks_ |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No.12488<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 and Quality Loan Service Corporation* | *Attorneys for SFR Investments Pool 1, LLC* |

15                                   **ORDER**

16    **IT IS SO ORDERED:**

17    _____
      **UNITED STATES MAGISTRATE JUDGE**

18    DATED**:** _____May 16, 2019_____

19

20

21

22

23

24

25

26

27

28

48896204;1