ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 and Quality Loan Service Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-01195-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(FIRST REQUEST) |

50569740;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16; QUALITY LOAN SERVICE CORPORATION, a California corporation, | |
| Counter/Cross Defendants. | |

Quality Loan Service Corporation (**Quality**) and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, hereby stipulate as follows:

1. Quality filed its motion for judgment the pleadings on October 7, 2019 [ECF No. 163]. SFR filed it response to Quality's motion on October 21, 2019 [ECF No. 167]. Quality's reply is currently due on October 28, 2019.

2. The parties hereby stipulate and agree Quality shall have seven (7) additional days to file its reply. The new deadline for Quality to file its reply in support of motion for judgment on the pleadings shall be **November 4, 2019**.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

50569740;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this __ day of October, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| _/s/ Jamie K. Combs_<br>ARIEL E. STERN, ESQ. (SBN 8276)<br>TENESA S. POWELL, ESQ. (SBN 12488)<br>JAMIE K. COMBS, ESQ. (SBN 13088)<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Quality Loan Service Corporation* | _/s/ Jason G. Martinez_<br>DIANA S. EBRON, ESQ. (SBN 10580)<br>JACQUELINE A. GILBERT, ESQ. (SBN 10593)<br>KAREN L. HANKS, ESQ. (SBN 9578)<br>JASON G. MARTINEZ, ESQ. (SBN 13375)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: October 24, 2019.

3

50569740;1