**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>　　Plaintiff<br><br>v.<br><br>FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION, et al.,<br><br>　　Defendants | Case No.: 2:17-cv-01195-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 154, 156, 174] |

On January 3, 2020, Magistrate Judge Weksler recommended that I deny defendant SFR Investments Pool 1, LLC's motions for leave to amend its counterclaim and the case caption. ECF No. 174. SFR did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 174) is accepted**, defendant SFR Investments Pool 1, LLC's motions to amend its counterclaim and the case caption **(ECF Nos. 154, 156) are DENIED**.

DATED this 21st day of January, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE