DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16, <br><br> Plaintiff, <br><br> vs. <br><br> THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC, <br> Defendants. | Case No.: 2:17-cv-01195-APG-PAL <br><br> **STIPULATION AND ORDER TO STAY CASE** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 ("BNY Mellon") and SFR Investments Pool 1, LLC ("SFR") hereby by stipulate as follows:

1. BNY Mellon and SFR have reached a settlement that includes multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and BNY Mellon.

2. Based on the confidential settlement agreement, BANA (the servicer of the loan for the subject property) and SFR have agreed to stay litigation while the Parties determine if a condition

- 1 -

precedent occurs. Accordingly, the Parties stipulate to stay further proceedings until June 1, 2021 and either reset the deadline for the pre-trial order or set a status check in the event BNY Mellon and SFR have not dismissed the claims against each other.

DATED December 14, 2020.

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorneys for SFR Investments Pool 1, LLC | /s/ Jamie K. Combs<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Attorneys for Bank of New York Mellon as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 |

**ORDER**

**IT IS SO ORDERED** that the deadline to file the pre-trial order shall be extended to June 30, 2021.

I FURTHER ORDER that by December 22, 2020, plaintiff Bank of New York shall take action to resolve its remaining claims against defendant Nevada Association Services, Inc. It shall file papers indicating its planned course of action regarding those claims by that date. The failure to do so will result in dismissal of any remaining claims with prejudice.

IT IS SO ORDERED:

Dated: December 15, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE